SHIELDS V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-421-CR

TWYNA LYNN SHIELDS A/K/A APPELLANT

TWYNA LYNN MCGINNIS A/K/A 

TWYNA COLLINS MCGINNIS 

V.

THE STATE OF TEXAS STATE

------------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Twyna Lynn Shields, a/k/a Twyna Lynn McGinnis, a/k/a Twyna Collins McGinnis is attempting to appeal her conviction and sentence for possession of a controlled substance.  Appellant’s sentence was imposed on July 28, 2005, and no motion for new trial was filed.  Therefore, appellant’s notice of appeal was due August 29, 2005;
(footnote: 2) however, the notice of appeal was not filed until October 31, 2005.

Because appellant’s notice of appeal was not timely filed, we lack jurisdiction over the appeal.
(footnote: 3)  Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED:  December 8, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See
 
Tex. R. App. P.
 26.2(a).

3:
See Slaton v. State,
 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); 
Olivo v. State,
 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).